IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-02401-RM-MJW

TWIN CITY FIRE INSURANCE COMPANY,

    Plaintiff,

v.

TRANSPORTATION INSURANCE COMPANY,
AMERICAN CASUALTY COMPANY OF READING, PA, and
ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.

## ORDER ON STIPULATION TO DISMISS DEFENDANT ZURICH AMERICAN INSURANCE COMPANY

THIS CAUSE having come before the Court on the Stipulation (ECF No. 44) of Plaintiff Twin City Fire Insurance Company and Defendants Transportation Insurance Company, American Casualty Company of Reading, PA and Zurich American Insurance Company ("Zurich") to dismiss Zurich from this action pursuant to Rule 41(a)(1)(A). [Docket No. 44]. The Court herein dismisses Zurich from this action without prejudice, each party to bear its own costs and fees.

DATED this 24th day of August, 2015.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge