IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-02401-RM-MJW

TWIN CITY FIRE INSURANCE COMPANY,

    Plaintiff,

v.

TRANSPORTATION INSURANCE COMPANY,
AMERICAN CASUALTY COMPANY OF READING, PA, and
ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.

---

**ORDER**

---

This matter comes before the Court on Plaintiff Twin City Fire Insurance Company's ("Twin City") Agreed Motion to Voluntarily Dismiss Defendant Transportation Insurance Company and Count IV of Twin City's Amended Complaint (the "Motion") (ECF No. 69), filed pursuant to Fed. R. Civ. P. 21 and 41(a)(2). Upon consideration of the Motion under not only Rules 21 and 41 but also Rule 15, and being otherwise fully advised, the Court finds any requirements for granting the Motion are met. Therefore, the Court orders and adjudges that:

    1.    Plaintiff Twin City's Motion (ECF No. 69) is granted;

    2.    Defendant Transportation is dismissed from this case without prejudice;

    3.    Count IV of Twin City's Amended Complaint is dismissed without prejudice; and

4.  Defendant Transportation's name shall be removed from the caption in all future filings with the court.

DATED this 23rd day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
